FILED
April 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002596924

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
1875 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 297-3267
FAX: (559) 297-3272

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>ARTURO B. MEJIA and<br><br>ROSA E. MEJIA<br><br>Debtors. | Case No.: 09-15582-B-7<br><br>DC No. SAS-001<br><br>**MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY**<br>11 U.S.C. §363<br><br>Date: June 9, 2010<br>Time: 10:00 a.m..<br>Dept: B<br>Judge: Honorable W. Richard Lee |

**TO THE HONORABLE W. RICHARD LEE UNITED STATES BANKRUPTCY JUDGE:**

Sheryl A. Strain respectfully represents:

1. She is the duly appointed, qualified, and acting Trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on or about June 15, 2009, and Sheryl A. Strain was appointed Chapter 7 Trustee.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363

4. Among the assets of this estate is a Pro Chem Peak Truck Mounted Carpet Cleaning Machine (Pro Chem), with an approximate fair market value of $7,500.00.

5. The debtors' schedules listed the value of the Pro Chem at $10,000.00.

6. The Trustee performed her own, independent investigation of the Pro Chem.

7. The Trustee has received an offer from the debtors, Arturo B. Mejia and Rosa E. Mejia, to purchase the Pro Chem for the total sum of $5,000 cash. The total sum of $5,000.00 has been received by the estate.

8. In deciding to accept the proposed offer, the Trustee took into consideration the fair market value of the Pro Chem and the costs associated with dismounting and taking possession of unit; and of storing, and selling the Pro Chem at auction. The Trustee does not believe that the estate would net a higher amount by selling the Pro Chem at auction.

9. The Trustee believes that sale of the above-described property is in the best interest of the creditors of this estate and all parties in interest.

**WHEREFORE,** the Trustee prays that after appropriate notice and opportunity to be heard, she be authorized to sell the above-described asset to the debtors, Arturo B. Mejia and Rosa E. Mejia, for the total sum of $5,000.00

**DATED**: 4/29/10

/s/
Sheryl A. Strain
Chapter 7 Trustee